IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 31  PM 3: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

V.

Cr. No. 05-20280-05-D

TANYA W. FIELDS

## ORDER SPECIFYING PERIOD OF DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The United States Attorney in this case advised the defendant has been arrested elsewhere and requested a one week continuance to attempt to locate the defendant. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(3)(A) the court may grant the defendant a period of excludable delay to serve the ends of justice, if the defendant is unavailable or absent.

IT IS THEREFORE ORDERED that the time period of August 31, 2005 through September 7, 2005 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case.

**ARRAIGNMENT IS RESET TO WEDNESDAY, September 7, 2005 at 10:00 a.m. BEFORE MAGISTRATE JUDGE VESCOVO.**

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

DATE: 08/31/05

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  9/1/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:05-CR-20280 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT