IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /BB/ D.C.

05 SEP 14 PM 12: 04

[CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS]

UNITED STATES OF AMERICA

v.

TANYA W. FIELDS

05cr20280-5-D

## ORDER ON ARRAIGNMENT

This cause came to be heard on _September 14, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Sheila Brown_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.
___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_Diane K. Vescovo_
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18 USC 1344 and 2
BANK FRAUD

Attorney assigned to Case: C. McMullen

Age: 30

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9/15/05_

(52)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:05-CR-20280 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

John R. Candy
LAW OFFICE OF JOHN CANDY
323 Beale
Ste. 201
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT